USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 10-20-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

**-against-**

**ALI CHAABAN,**

**Defendants.**

---------------------------------------------------------------------- x

**26-CR-36 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea Hearing is set for **November 5, 2026,** at **12:30 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**October 20, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**