USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: ______________
DATE FILED: 10-20-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

ALI CHAABAN,

Defendants.

---------------------------------------------------------------------- x

26-CR-36 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The Change of Plea Hearing scheduled for November 5, 2026, is adjourned to **3:30 p.m.**

SO ORDERED.

Dated: New York, New York
October 20, 2026

ANDREW L. CARTER, JR.
United States District Judge