USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-5-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA, :

-against- :

ALI CHAABAN, :

Defendants. :

---------------------------------------------------------------- x

26-CR-36 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

Today's Change of Plea Hearing is ADJOURNED to **3:45 p.m.**

SO ORDERED.

Dated: New York, New York
November 5, 2026

ANDREW L. CARTER, JR.
United States District Judge